**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FRANCO M. MANGIAFICO,

    Plaintiff,

-vs-                                      Case No. 8:10-CV-1245-T-30EAJ

TAFT FEDERAL CORRECTIONAL
FACILITY, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court upon a sua sponte review of the file. On June 2, 2010, Plaintiff, a federal prisoner, filed his civil rights complaint (Dkt. 1). Plaintiff's complaint challenges his placement, retention, and treatment in a segregation cell. The complaint also appears to challenge his 1995 conviction.[1]

Plaintiff, however, previously filed a complaint in this Court in which he asserted the same claims he asserts in this action. *See Mangiafico v. Taft Federal Correctional Facility*, Case No. 8:10-cv-1242-T-33TGW. Plaintiff may not simultaneously challenge the same claims in two separate actions in this Court. Therefore, because Petitioner first filed his complaint in case no. 8:10-cv-1242-T-33TGW, the complaint in this action will be dismissed.

**ACCORDINGLY**, the Court **ORDERS** that:

---

[1] In 1995, Plaintiff was convicted in this Court of multiple offenses and sentenced to 264 months imprisonment. *See United States v. Sirocchi, et al.*, case no. 8:93-cr-123-T-17, Dkt. #866.

1. Petitioner's complaint (Dkt. 1) is **DISMISSED**.

2. The Clerk shall terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 7, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*